IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to National City Bank of the Midwest, | ) ) ) ) ) | Case No. |
| Plaintiff, | ) ) | Judge: |
| v. | ) ) | Magistrate Judge: |
| STEVEN KALISZ and LOT 8 OLD PLANK CONDOMINIUM ASSOCIATION, an Illinois not-for-profit corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## COMPLAINT TO FORECLOSE MORTGAGE

NOW COMES the plaintiff, PNC Bank, National Association, a national banking association, as successor to National City Bank of the Midwest (the "Plaintiff" or "PNC") by and through its attorneys, Thomas J. Dillon, Wendy Kaleta Skrobin, Timothy J. Somen and McFadden & Dillon, P.C. and for its Complaint to Foreclose Mortgage (the "Complaint") against the defendants, Steven Kalisz ("Mr. Kalisz") and Lot 8 Old Plank Condominium Association, an Illinois not-for-profit corporation ("Old Plank") alleges as follows:

## JURISDICTION AND VENUE

1.   This Court has original subject matter jurisdiction in the above-captioned cause pursuant to 28 U.S.C. §1332(a) because the matter in controversy is between citizens of different states and the damages claimed exceed the sum of $75,000 exclusive of interest and costs.

2.    This Court has personal jurisdiction over each of the defendants pursuant to 735 ILCS 5/2-209(a) and (b).

3.    Venue is proper in this district pursuant to 28 U.S.C. §1391(a).

## THE PARTIES AND FACTUAL BACKGROUND

4.    PNC is a national banking association with its principal place of business located in the State of Pennsylvania and the State designated on its organization certificate is Delaware.  On November 6, 2009 the United States Office of the Comptroller of the Currency certified the merger of National City Bank and PNC.  A true and correct copy of the Certificate detailing and evidencing the bank succession set forth above is attached hereto and made a part hereof as Exhibit A.

5.    The defendant, Mr. Kalisz, is an individual residing at 10110 Cromwell Lane, Mokena, Illinois 60448.

6.    The defendant, Old Plank, is an Illinois not-for-profit organization with its principal place of business in Illinois.

## FACTUAL ALLEGATIONS REGARDING THE $168,000.00 LOAN

7.    On or about October 6, 2005 Mr. Kalisz executed a Promissory Note in favor of Plaintiff in the original principal amount of $168,000.00 (the "Note").  A true and correct copy of the Note is attached hereto and made a part hereof as Exhibit B.

8.    To secure the indebtedness of the Note on or about October 6, 2005 Mr. Kalisz executed a Mortgage in favor of

Plaintiff (the "Mortgage"). The Mortgage pledged to Plaintiff the property commonly known as 12642 Old Plank Drive, New Lenox, Illinois 60451 (the "Property") and was recorded with the Will County Recorder of Deeds Office on October 7, 2005 as document number R 2005175830. A true and correct copy of the Mortgage is attached hereto and made a part hereof as Exhibit C.

9. Mr. Kalisz is and has been in default under the terms and provisions of the Note and Mortgage as a result of Mr. Kalisz's failure to repay the indebtedness of the Note when it matured by its terms on October 6, 2010 or at any time thereafter.

10. The amounts outstanding and due and owing from Mr. Kalisz to Plaintiff pursuant to the Note as of April 28, 2011 are as follows:

| | | |
|---|---|---|
| Principal: | $ | 154,367.50 |
| Interest: | $ | 5,167.87 |
| Late Charges: | $ | 2,594.19 |
| **TOTAL:** | **$** | **162,126.56** |
| per diem: | $ | 30.87 |

**COUNT I**
**FORECLOSURE OF MORTGAGE**

11. Plaintiff realleges and incorporates by reference paragraphs 1-10 above as paragraph 11 of Count I as if fully set forth herein.

12. Plaintiff files Count I of this Complaint pursuant to 735 ILCS 5/15-1101, et seq., to foreclose the mortgage hereinafter described and joins the following persons as defendant(s): Steven

Kalisz (the "Mortgagor") and Lot 8 Old Plank Condominium Association, an Illinois not-for-profit corporation.

13. Information concerning the Mortgage:

a. Nature of instrument: Mortgage.

b. Date of Mortgage: October 6, 2005.

c. Name of Mortgagor(s): Steven Kalisz.

d. Name of Mortgagee: PNC Bank, National Association, successor to National City Bank of the Midwest.

e. Date and Place of Recording: October 7, 2005 with the Office of the Will County Recorder.

f. Identification of Recording: No. R 2005175830.

g. Interest Subject to Mortgage: Fee Simple.

h. Amount of original indebtedness, including subsequent advances made under the Mortgage, as amended:

$168,000.00.

i. Both the legal description of the mortgaged real estate and the common address or other information sufficient to identify it with reasonable certainty:

1. Legal description:

UNIT 4 IN LOT 8 OLD PLANK CONDOMINIUM ASSOCIATION AS DELINEATED ON A SURVEY OF THE FOLLOWING DESCRIBED REAL ESTATE: LOT 8 IN OLD PLANK CENTER, BEING A SUBDIVISION IN THE NORTHWEST 1/4 OF SECTION 25, TOWNSHIP 35 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 12, 2002 AS DOCUMENT NUMBER R2002-63312, IN WILL COUNTY, ILLINOIS; WHICH SURVEY IS ATTACHED AS EXHIBIT C TO THE DECLARATION OF CONDOMINIUM RECORDED SEPTEMBER 20, 2005 AS DOCUMENT NUMBER R2005-162796.

2. Common address:

12642 Old Plank Dr., New Lenox, Illinois 60451
P.I.N: 15-08-25-101-017-1001

j.   Statement as to defaults, including, but not necessarily limited to, date of default, current unpaid principal balance, per diem interest accruing, and any other information concerning the default:

1.   Defendant, Steven Kalisz, the obligor/mortgagor under the Note attached hereto as Exhibit B, has not paid the monthly installments required to be paid under the Note and the secured Note is in default and arrears in the total amount of $162,126.56 as of April 28, 2011.

2.   The current unpaid principal balance is $154,367.50.

3.   The total amount now due is $162,126.56 as of April 28, 2011, plus interest and late charges accrued thereafter, court costs, title costs, and plaintiff's attorneys fees.

4.   The per diem interest accruing under the Mortgage after default is $30.87.

k.   Name of present owner of the real estate:

Steven Kalisz.

l.   Names of other persons who are joined as Defendants and whose interest or lien on the mortgaged real estate are sought to be terminated:

1.   Lot 8 Old Plank Condominium Association.

m.   Names of Defendants claimed to be personally liable for deficiency, if any:

Steven Kalisz.

n.   Capacity in which Plaintiff brings this foreclosure:

As the owner and legal holder of the Note, Mortgage, and indebtedness.

o.   Facts in support of shortened redemption period, if sought:

See subparagraph p., infra.

p.   Statement that the right of redemption has been waived by all owners of redemption, if applicable:

The Mortgagor has waived his right of redemption pursuant to page 9 of the Mortgage attached hereto as Exhibit C.

q.  Facts in support of request for attorneys' fees and of costs and expenses, if applicable:

Plaintiff has been required to retain counsel for prosecution of this foreclosure and to incur substantial attorneys' fees, court costs, title insurance or abstract costs, and other expenses that should be added to the balance secured by said Mortgage.

r.  Facts in support of a request for appointment of mortgagee in possession or for appointment of a receiver, and the identity of such receiver, if sought:

Mortgagee does not seek possession of the mortgaged real estate by this Complaint. Mortgagee will bring an appropriate motion before the Court in the above-captioned litigation if seeking possession of the mortgaged property.

s.  Plaintiff does NOT offer to the Mortgagor in accordance with 735 ILCS 5/15-1402 to accept title to the real estate in satisfaction of all indebtedness and obligations secured by the Mortgage without judicial sale.

t.  Name or names or defendants whose right to possess the mortgaged real estate, after the confirmation of a foreclosure sale, is sought to be terminated and, if not elsewhere stated, the facts in support thereof:

1.  Lot 8 Old Plank Condominium Association.

u.  In accordance with 735 ILCS 5/15-1506(2)(f) Plaintiff seeks the appointment of a licensed auctioneer for the purpose of selling the real estate at public auction.

**WHEREFORE**, plaintiff, PNC Bank, National Association, a national banking association, as successor to National City Bank of the Midwest respectfully requests that this Honorable Court (i) enter a judgment of foreclosure and sale, (ii) enter an order granting a shortened period of redemption, if sought, (iii) enter

a personal judgment for a deficiency, if sought, (iv) enter an order granting possession, if sought, (v) enter an order placing the mortgagee in possession or appointing a receiver, if sought, (vi) enter a judgment for attorneys' fees, costs and expenses, if sought, and (vii) appointment of a licensed auctioneer for the purpose of selling the real estate at public auction and (viii) grant such other relief as equity may require, including, but not limited to, declaratory and injunctive relief.

Respectfully submitted,

/s/ Timothy J. Somen
One of the attorneys for plaintiff, PNC BANK, NATIONAL ASSOCIATION, successor in interest to National City Bank of the Midwest

Thomas J. Dillon (ARDC#3124223)
t.dillon@mcdillaw.com
Wendy Kaleta Skrobin (ARDC#6226119)
w.skrobin@mcdillaw.com
Timothy J. Somen (ARDC#6279438)
t.somen@mcdillaw.com
McFadden & Dillon, P.C.
120 S. LaSalle Street
Suite 1335
Chicago, Illinois 60603
(312) 201-8300